USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SOCRATE PASQUALI, et al.,

                Plaintiffs,

    -against-

THE REPUBLIC OF ARGENTINA,

                Defendant.
------------------------------------------------------------ X

ORDER OF PARTIAL
SATISFACTION OF
JUDGMENT

05-CV-10636 (LAP)

        WHEREAS, on January 18, 2007, the Court entered a final judgment, ECF No. 16, (the "Final Judgment") against the Republic of Argentina (the "Republic"), and in favor of the plaintiffs Socrate Pasquali, Anna Maria Carducci, Ricardo Kaufmann, Miguel Angel Bitto, Maria Silvia Cinquemani, Eugenio Quatrini, Olga Alba Marini, Sebastian Quatrini, Pedro Marcelo Sexe, Samuel Oldak, Anna Oldak, David Oldak, Uri Oldak, and Telincor S.A. (together, the "Milberg Plaintiffs") and plaintiffs Carlo Farioli and Serenella Belleggia (together, the "Duane Morris Plaintiffs") with respect to the plaintiffs' ownership of beneficial interests in Republic-issued bonds (the "Bonds");

        WHEREAS, on June 25, 2019, the Court entered an Order of Satisfaction of Judgment, ECF No. 130, as to the Duane Morris Plaintiffs;

        WHEREAS, the Milberg Plaintiffs have also tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are subject of the above-captioned case.

NOW, THEREFORE, satisfaction of the Final Judgment as to the Milberg Plaintiffs is hereby acknowledged, which, taken together with satisfaction of the Final Judgment as to the Duane Morris Plaintiffs, results in satisfaction of the Final Judgment in full.

NOW, THEREFORE, the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

*[signature: Loretta A. Preska]*

United States District Judge
Dated: November 15, 2019